UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Juan I. Caba,<br><br>                              Plaintiff,<br><br>          -against-<br><br>Commissioner of Social Security,<br><br>                              Defendant. | 25-CV-3057 (AS)<br><br>ORDER DENYING IFP<br>APPLICATION |

ARUN SUBRAMANIAN, United States District Judge:

Further information is required before the Court may grant plaintiff's application to proceed without prepayment of fees, given plaintiff's reference to his spouse's financial situation. *See* 28 U.S.C. § 1915. So plaintiff's application, Dkt. 3, is DENIED WITHOUT PREJUDICE.

SO ORDERED.

Dated:  April 16, 2026
            New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge