UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan I. Caba,

                              Plaintiff,

            -against-

Commissioner of Social Security,

                              Defendant.

26-CV-3057 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        Pursuant to the Court's April 15, 2026 scheduling order, Dkt. 5, the parties were ordered to notify the Court—within two weeks of the date on which Defendant enters an appearance—whether they consent to conducting all further proceedings before a magistrate judge. Defendant entered an appearance on April 15, 2026, but to date, the parties have not submitted such notice. The deadline to comply with the scheduling order is hereby EXTENDED, *nunc pro tunc*, to **Friday, May 29, 2026**.

        SO ORDERED.

Dated:  May 20, 2026
        New York, New York

                                        _____
                                        ARUN SUBRAMANIAN
                                        United States District Judge